IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   18-cr-00418-REB-JMC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JIMMY DANG,
2. LISA YANG,
3. QI LIN WU, and
4. SANG TENG,

    Defendants.

## MOTION TO WITHDRAW

NOW COMES the United States of America, by and through the undersigned Assistant United States Attorney, and hereby files its Motion to Withdraw as counsel of record in the above-captioned case requesting that *AUSA Kurt Bohn* be withdrawn as an attorney of record representing the United States in this matter.   Assistant United States Attorney Jeffrey Kane Graves has been assigned as lead counsel in this case.

Dated this 20th day of May, 2019.

    Respectfully submitted,

    JASON R. DUNN
    United States Attorney

    BY: s/Kurt Bohn
    KURT BOHN
    Assistant United States Attorney
    United States Attorney's Office
    1801 California Street, Suite 1600
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    E-mail: Kurt.Bohn@usdoj.gov
    Attorney for Government

## **CERTIFICATE OF SERVICE**

      I certify that on this 20th day of May, 2019, I electronically filed the foregoing **MOTION TO WITHDRAW** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

                                              s/Ilmira Allazova
                                              Legal Assistant (Contractor)
                                              Assistant United States Attorney