**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No.:  18-cr-00418-REB-JMC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4.  SANG TENG,

    Defendant.

---

**GOVERNMENT'S OBJECTION TO PRESENTENCE INVESTIGATION REPORT**
---

The United States of America, by United States Attorney Jason R. Dunn, through Jeffrey K. Graves, Assistant United States Attorney, objects to the Presentence Investigation Report [ECF #207] ("PSR") as follows:

**Amount of Currency Seized at 316 S. Chestnut Street – PSR ¶20**

The PSR indicates that "more than $200,000 in cash" was recovered at 316 S. Chestnut Street.  While this is accurate, the total amount of recovered was $477,426.00. *See* Bates INV_00001038 (under DEA evidence number "N-11").

**Offense Level Computations – PSR ¶¶27-37**

The Government concurs with the calculations as stated in the PSR.  While these calculations differ from those in the plea agreement, the ultimate base offense level remains the same at 13, before any motions for departure.

Respectfully submitted this 8th day of January 2020.

                                    JASON R. DUNN
                                  UNITED STATES ATTORNEY

                                  By:  s/ *Jeffrey K. Graves*
                                  Jeffrey K. Graves
                                  Assistant United States Attorneys
                                  103 Sheppard Drive, Suite 215
                                  Durango, Colorado 81303
                                  Telephone: (970) 247-1514
                                  Email: jeffrey.graves@usdoj.gov
                                  Attorney for the Government

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 8th day of January 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

    glover@sslhlaw.com

    *s/Amy Connor*
Amy Connor
Paralegal Specialist
U.S. Attorney's Office
103 Sheppard Drive, Suite 215
Durango, Colorado 81303
(970) 247-1514 phone
(970) 247-8619 fax
Amy.connor@usdoj.gov